FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUN 24 PM 3: 26
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MANNY ALVAREZ, )
)
Petitioner, )
)
v. ) CV 315-041
)
STACEY N. STONE, Warden, )
)
Respondent. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241.

SO ORDERED this 24th day of June, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE